# United States District Court
WESTERN DISTRICT OF WASHINGTON

WILLIAM ANGLEMYER

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5304BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

    That the Court **ADOPTS** the Report and Recommendation (Dkt. 19), and the administrative decision is **AFFIRMED**.

| | |
|---|---|
| May 30, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |